O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONYA T. COOLEY, | ) NO. SACV 13-948-MAN |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

Pursuant to the Court's Memorandum Opinion and Order, IT IS ADJUDGED that the decision of the Commissioner of Social Security is reversed, and the above-captioned action is remanded for the calculation and award of benefits consistent with the provisions of the Memorandum Opinion and Order.

DATED: March 30, 2015

*Margaret A. Nagle*
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE