# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONYA T. COOLEY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | NO. 8:13-cv-00948-MAN<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d)** |

Based upon the Stipulation For The Award And Payment Of Attorney Fees And Expenses Pursuant To The Equal Access To Justice Act, 28 U.S.C. § 2412(d) ("Stipulation"), which was filed on June 3, 2015, IT IS ORDERED that fees in the amount of $4,300.00 as authorized by 28 U.S.C. § 2412(d) and expenses in the amount of $22.00 as authorized by 28 U.S.C. § 1920 shall be awarded, subject to terms of the Stipulation.

Dated: June 5, 2015

_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE